

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY TRUJEQUE<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DIRECTV, LLC,<br><br>　　　　Defendant. | Case No. 2:16-cv-01477-SVW-AS<br><br>**[PROPOSED] JUDGMENT**<br><br>Date Action Filed:　March 2, 2016<br>Pretrial Conference: December 4, 2017<br>Trial Date:　　　　　December 5, 2017 |

[PROPOSED] JUDGMENT

The Court has reviewed the Parties' Stipulation and Joint Motion That the Court Enter Judgment in Favor Of Plaintiff filed December 1, 2017. Good cause appearing, the Court hereby GRANTS the Parties' Stipulation and Joint Motion.

The issues having been fully considered, IT IS ORDERED AND ADJUDGED that

1) Plaintiff Trujeque shall recover judgment against Defendant DirecTV, LLC in the amount of $64,030.71.

2) The deadline for filing any petition, bill or motion to recover costs and/or attorneys' fees shall be tolled pending any appeal of the Final Judgment entered by the Court, or until the Parties otherwise finally resolve this dispute, whichever occurs first.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 12/5/17       By: _____
                         Hon. Stephen V. Wilson